IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-RP1 | § § § § § | Civil Action No. 4:22-cv-4350 |
| Plaintiff, | § § | |
| v. | § § | |
| JARL FELDER, LaTONYA FELDER, ERICK FELDER, SHANNON FELDER, and JACQUALINE FELDER, | § § § § § | |
| Defendants. | § | |

## SUGGESTION OF DEATH

Plaintiff U.S. Bank National Association, as Trustee, for the C-Bass Mortgage Loan Asset Backed-Certificates ("Plaintiff or "U.S. Bank") suggests upon the record the death of Defendant Jarl Felder. Upon information and belief, Defendant Jarl Felder died on October 1, 2023. Upon information and belief, no probate matter is open for Jarl Felder, Deceased. Plaintiff employed a private investigator to research the heirs of Jarl Fedler and is attaching the investigator's findings as Exhibit A. Plaintiff has confirmed the named defendants in this case are the surviving heirs and wishes to proceed in accordance with Fed. R. Civ. P. 25(a)(2).

                Respectfully submitted,

              By: */s/ Nicholas M. Frame*
                  **NICHOLAS M. FRAME**
                  Texas Bar No. 24093448
                  S.D. Bar No. 3121681
                  nframe@mwzmlaw.com

                **MACKIE WOLF ZIENTZ & MANN, P.C.**
              14160 N. Dallas Parkway, Suite 900
              Dallas, Texas 75254
              214-635-2650 (Phone)
              214-635-2686 (Fax)

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the September 10, 2024, a true and correct copy of the foregoing document was delivered in the method described below:

**Via ECF**
Gail M. Brownfeld
Southern District No. 6322
Texas Bar No. 03217500
BROWNFELD LAW FIRM, PLLC
700 Louisiana Street, Suite 3950
Houston, Texas 77002
Telephone: (713) 898 5778
gbrownfeld@brownfeldlaw.com
*Attorney ad Litem for Defendant LaTonya Felder*

                */s/ Nicholas M. Frame*
                **NICHOLAS M. FRAME**